BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR ORAL ARGUMENT ON MOTIONS

### OCTOBER 8, 2015
*Time in Court:  45 minutes*

DOCKET NUMBER:   CR 15-204(S-1) (RJD)

| | |
|---|---|
| U.S.A. -v- | **ANGELO GIGLIOTTI   (ON BOND)** |
| | *COUNSEL:  GERALD MCMAHON (RETAINED)* |
| U.S.A. -v- | **ELEONORA GIGLIOTTI (CUSTODY)** |
| | *COUNSEL: RICHARD LEVITT & NICHOLAS KAIZER (RETAINED)* |
| U.S.A. -v- | **GREGORIO GIGLIOTTI (CUSTODY)** |
| | *COUNSEL: RAYMOND GRANGER (RETAINED)* |

**AUSA:  MARGARET GANDY & JAMES MISKIEWICZ**

COURT REPORTER:   LISA SCHWAM

X   CASE CALLED FOR ORAL ARGUMENT.
    ARGUMENT HEARD.
    DECISION RESERVED.
    JURY SELECTION AND TRIAL SCHEDULED FOR 4/4/16.  GOVERNMENT
    COUNSEL ESTIMATES A FOUR WEEK TRIAL.
    CASE PREVIOUSLY DESIGNATED AS COMPLEX, EXCLUSION CONTINUES.
    CASE ADJOURNED TO 12/11/15 AT 11:30AM.